UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Derrick Stanley,

               Plaintiff,

    - against -

City of New York et al,

               Defendants.

-----------------------------------------------------------X

ORDER OF DISCONTINUANCE

1:13-cv-00619-ENV-RER

VITALIANO, D.J.

The Court having been advised that this action has been settled,

Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

The Clerk is directed to close this case.

        SO ORDERED.

DATED:     Brooklyn, New York
               8/22/2013

                                          s/ ENV

                                     ERIC N. VITALIANO
                                     U.S.D.J.



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-356-2355*
*Facsimile: (212) 788-9776*
*sscharfs@law.nyc.gov*

August 19, 2013

Honorable Ramon E. Reyes *(by ECF)*
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Stanley v. City of New York, et al.</u>, 13 CV 619 (ENV) (RER)

Dear Magistrate Judge Reyes:

    I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, counsel for defendants City of New York and Hemadeh Fattah in the above-referenced action brought pursuant to 42 U.S.C. § 1983.

    I write to advise the Court that the parties have agreed to settle this action. I apologize for failing to update the Court by this past Friday; however, the parties agreed to settle late on Thursday and I was out of my office on Friday for a deposition in another matter. It appears that there may have been a miscommunication with plaintiff's counsel, in that I had understood that he intended to write to the Court to advise of the settlement.

    I will forward a Stipulation and Order of Dismissal to be "So Ordered" by the Court once the parties have executed the papers.

    We thank the Court for its consideration of the above.

                    Respectfully submitted,

                    /S/

                    Susan P. Scharfstein

cc:     Scott Cerbin, Esq. *(by ECF)*